```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV025961
Cashier ID: lherb
Transaction Date: 04/18/2016
Payer Name: Bracker and Marcus LLC
-------------------------------------
CIVIL FILING FEE
 For: Bracker and Marcus LLC
 Case/Party: D-GAS-4-16-CV-000092-001
 Amount:         $400.00
-------------------------------------
CHECK
 Check/Money Order Num: 088
 Amt Tendered: $400.00
-------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```