FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 SEP 12 AM 11: 52
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES of AMERICA ex )
rel. CHARLES JACKSON, )
 )
    Plaintiff-Relator, )
 )
v. ) CASE NO. CV416-92
 )
SESOLINC GROUP, INC., and )
HENRY FORD, III, )
 )
    Defendants. )
 )

# O R D E R

Before the Court is the Relator's Motion to Dismiss. (Doc. 62.) Upon consideration of the notice and stipulation jointly filed by the United States and Relator Charles Jackson, and good cause having been established, IT IS HEREBY ORDERED THAT

- Count I shall be dismissed with prejudice as to the United States and Relator, only as to the Covered Conduct pursuant to and consistent with the terms of the Settlement Agreement between all parties, dated July 15, 2019;
- Count I shall be dismissed without prejudice as to the United States and with prejudice as to Relator, as to all other claims raised pursuant to Count I;
- Count II of this action shall be dismissed with prejudice as to Relator.

As a result, Relator's Motion to Dismiss (Doc. 62) is **GRANTED**. IT IS FURTHER ORDERED that this Court will retain jurisdiction over this case in the event that any issues come

up regarding the terms or execution of any settlement agreements between the parties.

SO ORDERED this 12th day of September 2019.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA