# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV416-092**

TITLE  **USA v. Sesolinc Group**

TIMES  **1:56 pm - 2:06 pm**

DATE  **06-24-2024**

TOTAL  **10 min.**

Honorable : **J. Randal Hall,  Judge, U.S. District Court**

Court Reporter : **Lisa Davenport**

Courtroom Deputy : **Lisa Widener**

Interpreter :

| Attorney for | Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|---|
| Shannon Statkus | | Matthew Bush<br>Thomas A. Withers | |

PROCEEDINGS :  **Telephonic Status Conference**

☑ In Court
☐ In Chambers

**After hearing from the parties, the Court instructs Plaintiff to file an updated list of what they contend needs to be repaired by 7/15.**

**After such filing, the court will take up motion.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO.  **CV416-092**                                         DATE   **06-24-2024**

TITLE   **USA v. Sesolinc Group**

PROCEEDINGS (continued):  **Telephonic Status Conference**